UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          Case No. 20-CR-96

MARTIN E. MCKEEVER,

        Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea to Count One of the Indictment, the defendant agreed to the forfeiture of all properties described in the forfeiture notice of the Indictment.

IT IS HEREBY ORDERED that all right, title and interest in the following properties are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1. An iPhone A1688 - FFPT9EBCHFLR;

2. A Compaq Presario V5000 laptop with serial number CND60918VC; and

3. A Samsung Touchscreen phone – serial number AA1F913RS, and IMEI 990004942508643.

IT IS FURTHER ORDERED that the above listed items shall be seized forthwith by the United States Marshal Service, or it's duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 9th day of November, 2020.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge